# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>RYAN JASELSKIS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23, 2019__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | maliciously damage and destroy, or attempted to damage and destroy, by means of fire and explosive materials, the building and its interior contents at 5307 Connecticut Avenue, N.W, Washington, DC, the property of Comet Ping Pong, a business engaged in and affecting interstate commerce. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

MICHAEL PAVERO, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/13/2019__

_____
*Judge's signature*

City and state: __Washington, DC__    G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*