AO 442 (Rev. 11/11) Arrest Warrant

1:08 02354

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
RYAN JASELSKIS

Defendant

)
)
)
)
)
)
)

Case: 1:19-mj-00030
Assigned To : Magistrate Judge Harvey, G. Michael
Assign. Date : 2/13/2019
Description: Criminal Complaint

**FILED**

FEB 1 4 2019

Clerk, U.S. District and
Bankruptcy Courts

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ryan Jaselskis ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) - Arson

Date: 02/13/2019

*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/13/19 , and the person was arrested on *(date)* 2/13/19
at *(city and state)* Washington DC .

Date: 2/13/19

*Arresting officer's signature*

PVSM Neurh, Nurhan
*Printed name and title*